**UNITED STATES COURT OF APPEALS**
**FOR THE EIGHTH CIRCUIT**

---

No. 26-2006

---

Juan Carlos Rodriguez Romero

Petitioner - Appellee

v.

Todd Blanche, Acting Attorney General of the United States; Markwayne Mullin, Secretary, U.S. Department of Homeland Security; U.S. Department of Homeland Security; Todd M. Lyons, Acting Director of Immigration and Customs Enforcement; United States Immigration and Customs Enforcement; David Easterwood, Acting Director, St. Paul Field Office Immigration and Customs Enforcement

Respondents - Appellants

---

Appeal from U.S. District Court for the District of Minnesota
(0:26-cv-01282-MJD)

---

**JUDGMENT**

The stipulation to dismiss the appeal is granted. The appeal is hereby dismissed in accordance with the Federal Rules of Appellate Procedure 42(b).

The Court's mandate shall issue forthwith.

August 03, 2026

Order Entered Under Rule 27A(a):
Clerk, U.S. Court of Appeals, Eighth Circuit.

---

/s/ Susan E. Bindler