**UNITED STATES COURT OF APPEALS**
**FOR THE EIGHTH CIRCUIT**

No. 26-2006

Juan Carlos Rodriguez Romero

Appellee

v.

Todd Blanche, Acting Attorney General of the United States, et al.

Appellants

---

Appeal from U.S. District Court for the District of Minnesota
(0:26-cv-01282-MJD)

---

**MANDATE**

In accordance with the judgment of August 3, 2026, and pursuant to the provisions of Federal Rule of Appellate Procedure 41(a), the formal mandate is hereby issued in the above-styled matter.

August 03, 2026

Clerk, U.S. Court of Appeals, Eighth Circuit